NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ARSUS, LLC,**
*Appellant*

**v.**

**TESLA, INC.,**
*Appellee*

———————————

2024-1344

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01216.

———————————

## JUDGMENT

———————————

PATRICK BRIGHT, Wagner, Anderson & Bright, PC, Los Angeles, CA, argued for appellant.

ASHRAF FAWZY, Tesla, Inc., Washington, DC, argued for appellee. Also represented by PAUL ISAAC MARGULIES; KRISTA MARIE CARTER, Palo Alto, CA; MICHAEL TIMOTHY HAWKINS, Fish & Richardson P.C., Minneapolis, MN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES and STARK, *Circuit Judges,* and WANG, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 10, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    The Honorable Nina Y. Wang, United States District Court for the District of Colorado, sitting by designation.